✔ JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA P. M.,[1] <br><br> Plaintiff, <br> v. <br><br> MARTIN J. O'MALLEY,[2] <br> Commissioner of Social Security, <br><br> Defendant. | No. 2:23-CV-05017-AJR <br><br> **JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED:  March 14, 2024    _____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Commissioner Martin J. O'Malley is substituted in as the Defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).